UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA                      :
                                              :     Criminal No. 06-790
                                              :
             V.                               :
                                              :        **ORDER**
                                              :
ROBERT DESROSIERS                             :


        This matter having come before the Court upon the application of Chester M. Keller,

Esq., Assistant Federal Public Defender, appearing for the defendant Robert Desrosiers, and

Scott McBride, Esq., Assistant United States Attorney, having no objection to the entry of

this order,

        IT IS ON this _____ day of February, 2010;

        ORDERED that the Pretrial Services Agency return the defendant's passport.


                                        HONORABLE SUSAN D. WIGENTON
                                        UNITED STATES DISTRICT JUDGE