PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Robert Desrosiers　　　　　　　　　　　Cr.: 06CR00790-4
　　　　　　　　　　　　　　　　　　　　　　　　　　　　PACTS Number: 047089

Name of Sentencing Judicial Officer: The Honorable Susan D. Wigenton, U.S.D.J.

Date of Original Sentence: 06/11/09

Original Offense: Conspire to Defraud Government with Respect to Claim

Original Sentence: 3 years Probation, $100 special assessment and $63,663.57 Restitution. Special Conditions: 1)Full Financial Disclosure; 2)No New Lines of Credit; 3) Cooperate with Immigration and Customs Enforcement; 4) Cooperate with Internal Revenue Service which includes paying $35,720.33; and, 5) DNA collection.

Type of Supervision: Probation　　　　　　　　　　　Date Supervision Commenced: 06/11/09

## PETITIONING THE COURT

[X]　To modify the conditions of supervision as follows:

The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

## CAUSE

The offender admitted to use of marijuana on August 15, 2009 and tested positive for marijuana on December 10, 2009.

Respectfully submitted,

By: Amy J. Capozzolo
U.S. Probation Officer
Date: 03/26/10

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

May 4, 2010
Date