PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Robert Desrosiers                           Cr.: 06-CR-000790-004
                                                              PACTS #: 47089

Name of Sentencing Judicial Officer: The Honorable Susan D. Wigenton

Date of Original Sentence: 06/09/09

Original Offense: Conspiracy to Defraud the Government

Original Sentence: 3 years probation

Type of Supervision: Probation                    Date Supervision Commenced: 06/09/09

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Failure to Satisfy Restitution. |

U.S. Probation Officer Action:

The probation office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgment, pursuant to Title 18, United Stated Code, Sections 3554 & 3613. The Financial Litigation Unit of the United States Attorney's Office will be notified of the expiration of probation and will continue to pursue collection. The offender has been instructed to continue making payments to the Clerk's Office.

Respectfully submitted,

By: Maureen Kelly
Supervising U.S. Probation Officer
Date: 05/23/12

*The Court orders the Probation Office to:*
[X] Allow Case Expiration as Scheduled with Outstanding Restitution
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer
Date